UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAWRENCE PARKER,

        Plaintiff,                Case no. 08-13653
                                        Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant,
_____/

## ORDER ADOPTING MAGISTRATE JUDGE SCHEER'S
## REPORT AND RECOMMENDATION

Before the court is Magistrate Judge Donald A. Scheer's May 28, 2009 Report and Recommendation. The court, pursuant to 72(b) of the Federal Rules of Civil Procedure, 28 U. S. C. 636(b)(1)(B), and LR 72.1(b)(3), has reviewed the report and recommendation as well as any objections filed by the parties, and upon review;

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the findings and conclusions of this court.

IT IS FURTHER ORDERED that plaintiff's motion for summary judgment, filed March 10, 2009 is DENIED, and defendant's motion for summary judgment, filed May 14, 2009 is GRANTED.

                                                  s/John Corbett O'Meara
                                                  United States District Judge

Date: June 30, 2009

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, June 30, 2009, by electronic and/or ordinary mail.

s/William Barkholz

Case Manager
